IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv401

| | |
|---|---|
| CHERYLL LYNN NOYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10].

Plaintiff's counsel concedes in the motion that this matter cannot be further prosecuted in good faith. Defense counsel consents to dismissal. The Court will therefore grant the relief sought.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 10] is hereby **GRANTED** and this action is hereby **DISMISSED**.

Signed: May 22, 2013

Martin Reidinger
United States District Judge